MUHLENBERG HOSPITAL et al., Appellants, *v.* LAWYERS TITLE AND TRUST COMPANY et al., Respondents.

Argued April 21, 1941; decided May 22, 1941.

*Robert McC. Marsh, Hobart S. Bird, Wilmurt B. Linker, Robert B. Block* and *Abraham N. Geller* for appellants.

*Nathan L. Miller* and *Daniel J. Mooney* for respondents.

Order affirmed, with costs. First question certified answered in the negative, and second question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.